UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIO MANUEL GUZMAN ESPINAL,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

25-CV-4762 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

By Memorandum Opinion and Order dated May 20, 2026, the Court dismissed Plaintiff Fabio Manuel Guzman Espinal's Complaint "without prejudice and with leave to amend." Dkt. 17 at 4. The Court gave Guzman Espinal 60 days to submit an Amended Complaint, but noted that if "he fails to do so within the time allowed, his suit will be dismissed with prejudice for lack of subject matter jurisdiction." *Id.*

More than 60 days have elapsed since May 20, 2026, and Guzman Espinal has not filed an Amended Complaint. The Court thus dismisses this case with prejudice. The Clerk of Court is respectfully directed to mail a copy of this Order to Guzman Espinal at his listed address and close this case.

SO ORDERED.

Dated: July 28, 2026
New York, New York

Hon. Ronnie Abrams
United States District Judge